Ulrich *v.* O'Brien.

[No. 20,306. Filed June 1, 1904.]

---

## Ulrich, Clerk, et al. *v.* O'Brien.

[No. 20,309. Filed June 1, 1904.]

From Dearborn Circuit Court; *G. E. Downey,* Judge.

Action by Wm. H. O'Brien against John Ulrich and others. From a judgment for plaintiff, defendants appeal. *Affirmed.*

*C. W. Miller,* Attorney-General, *A. C. Harris, F. L. Littleton, T. J. Terhune, B. F. Ratcliff, R. H. Cobb* and *F. C. Cutter,* for appellant.

*A. G. Smith, J. W. Kern, G. V. Menzies, T. P. Davis, S. M. Ralston, M. A. Ryan, Bernard Korbly* and *Lincoln Dixon,* for appellee.

Dowling, J.—The errors assigned and discussed in the brief of counsel for appellants in this case are identical with those in *Brooks* v. *State, ex rel., ante,* 568. The only matter in controversy is the validity of the apportionment act of March 9, 1903.

On the authority of *Brooks* v. *State, ex. rel., supra,* and without any intimation concerning the form of the action, the party plaintiff, or the relief sought, we hold that the said act is unconstitutional, and the judgment is affirmed.